**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**LESLEY DAVIDSON,**

**Plaintiff,**

**vs.** **Case No.: 3:16-cv-383-J-39-JRK**

**CITY OF JACKSONVILLE, FLORIDA**

**Defendant.**

---

**NOTICE OF SETTLEMENT**

Plaintiff, by and through undersigned counsel, file this notice to inform the Court that the parties have reached a settlement in the above-captioned case. The Settlement Agreement is pending approval by the Jacksonville City Council.

Respectfully submitted,

Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 55712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been furnished to **Wendy E. Byndloss, Esquire** and **Wendy L. Mummaw, Esquire,** City of Jacksonville, Office of General Counsel, 117 West Duval Street, Suite 480, Jacksonville, Florida 32202, by Electronic Mail, this 8 day of November, 2017.

ATTORNEY

lr[davidson.lesley.settlement.notice]