UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LESLEY DAVIDSON,**

    **Plaintiff,**

v.                                                                         Case No. 3:16-cv-383-J-39JRK

**CITY OF JACKSONVILLE, FLORIDA,**

    **Defendant.**
_____/

## ORDER

**THIS MATTER** comes before the Court on the Notice of Settlement (Doc. 67; Notice) filed on November 8, 2017. In the Notice, the Plaintiff advises the Court that this case has been resolved. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The jury trial scheduled for November 13, 2017 at 9:00 a.m. is **CANCELLED.**

2. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

3. The parties shall have until **January 8, 2018**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

4. If the parties have not so stipulated or moved the Court by the **January 8, 2018** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

DONE and ORDERED in Jacksonville, Florida this 9th day of November, 2017.

_____
BRIAN J. DAVIS
United States District Judge

cs

Copies furnished to:

Counsel of Record
Unrepresented Parties