UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LESLEY DAVIDSON,**

       **Plaintiff,**

vs.                                                 Case No.: 3:16-cv-00383-J-39-JRK

**CITY OF JACKSONVILLE, FLORIDA**

       **Defendant.**

_____/

## JOINT MOTION TO EXTEND TIME TO FILE A JOINT STIPULATED FORM OF FINAL ORDER OF JUDGMENT

COME NOW the parties, by and through undersigned counsel, and hereby move this Honorable Court for its Joint Motion to Extend Time to File a Joint Stipulated form of Final order oF Judgment and as grounds thereto would state:

1. This Court on November 9, 2017 gave the parties until January 8 to file a Joint Stipulated form of Final Order or Judgment or move the Court upon good cause to reopen the case.

2. Good cause exists as the matter is to be presented to the Jacksonville Florida City Counsel for approval within the next several days and the entire matter should be concluded within 30 days within the date hereof.

WHEREFORE, the parties jointly move the Court to enter its Order Extending the Time to File a Joint Stipulated Form of Final Order of Judgment until Thursday, February 8, 2018.

Respectfully submitted,

/s/ 
Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:   (904) 356-9661
Facsimile:   (904) 356-9667
Email:        sheplaw@att.net
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to **Wendy E. Byndloss, Esquire** and **Wendy L. Mummaw, Esquire**, City of Jacksonville, Office of General Counsel, 117 West Duval Street, Suite 480, Jacksonville, Florida 32202, by Electronic Mail, this 9th day of January 2018.

/s/
ATTORNEY

jlp[davidsom.leslie.joint.stip]